**In re GENERAL GROWTH PROPERTIES, INC., et al., Debtors.**

No. 09–11977 (ALG).

United States Bankruptcy Court, S.D. New York.

May 14, 2009.

Adam P. Strochak, Weil, Gotshal & Manges, LLP, Washington, DC, Ashlea Brown, Newland & Associates, PLLC, Little Rock, AR, Gary Holtzer, Marcia L. Goldstein, Weil Gotshal & Manges LLP, New York, NY, James H.M. Sprayregen, Kirkland & Ellis LLP, Chicago, IL, Mette H. Kurth, Arent Fox LLP, Los Angeles, CA, for Debtors.

Greg M. Zipes, Office of the United States Trustee, New York, NY, for U.S. Trustee.

Michael Scott Stamer, Akin Gump Strauss Hauer & Feld LLP, New York, NY, for Creditor Committee.

*FINAL ORDER PURSUANT TO SECTIONS 105(a), 345(b), 363(b), 363(c) AND 364(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6003 AND 6004(A) AUTHORIZING THE DEBTORS TO (I) CONTINUE USING EXISTING CENTRALIZED CASH MANAGEMENT SYSTEM (II) HONOR CERTAIN PREPETITION OBLIGATIONS RELATED TO THE USE OF THE CASH MANAGEMENT SYSTEM, AND (III) MAINTAIN EXISTING BANK ACCOUNTS AND BUSINESS FORMS; (B) GRANTING AN EXTENSION OF TIME TO COMPLY WITH SECTION 345(b) OF THE BANKRUPTCY CODE AND (C) SCHEDULING A FINAL HEARING*

ALLAN L. GROPPER, Bankruptcy Judge.

Upon the motion, dated April 16, 2009 (the *"Motion"*)[1] of South Street Seaport Limited Partnership, its parent, General Growth Properties, Inc. (*"GGP"*), and their debtor affiliates, as debtors and debtors in possession (collectively, *"General Growth"* or the *"Debtors"*), pursuant to sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004, for (a) authority to (i) continue to operate the Cash Management System, (ii) honor certain prepetition obligations related to the use of the Cash Management System, (iii) maintain existing business forms, and (iv) maintain existing Bank Accounts; (b) extend the time to comply with section 345(b) of the Bankruptcy Code and (c) to schedule a final hearing (the *"Final Hearing"*); all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M–61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10,

---

1. Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1984 (Ward, Acting C.J.); and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having provided notice of the Motion and Hearing (as defined below) (i) the Office of the United States Trustee for the Southern District of New York (Attn: Greg M. Zipes); (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) EuroHypo AG, New York Branch, administrative agent for the lenders to certain of the Debtors under (a) the Second Amended and Restated Credit Agreement dated as of February 24, 2006 and (b) the Loan Agreement, dated as of July 11, 2008, as amended; (v) Deutsche Bank Trust Company Americas, as administrative agent for the lenders to certain of the Debtors under certain Loan Agreements, dated as of January 2, 2008 and February 29, 2008, respectively; (vi) Goldman Sachs Mortgage Company, as administrative agent for the lenders to certain of the Debtors under the Amended and Restated Credit Agreement, dated as of November 3, 2008; (vii) Wilmington Trust, FSB, as indenture trustee under (a) that certain Indenture, dated as of May 5, 2006, and (b) that certain Indenture, dated as of April 16, 2007; (viii) LaSalle Bank National Association and Wilmington Trust, FSB,[2] as indenture trustee under that certain Junior Subordinated Indenture, dated as of February 24, 2006; (ix) The Bank of New York Mellon Corporation, as indenture trustee under that certain Indenture, dated as of February 24, 1995; (x) those creditors holding the 100 largest unsecured claims against the Debtors' estates (on a consolidated basis) and the (xi) the Banks (collectively, the *"Notice Parties"*); and the Court having held a hearing to consider the requested final relief on May 8, **and May 13,** 2009 (the *"Hearing"*); and upon the Declarations, the record of the Hearing, and all of the proceedings before the Court, the Court finds and determines that this Court has jurisdiction to consider the merits of the Motion; the requested relief is in the best interests of the Debtors, their estates, creditors, and all parties in interest; the Debtors have provided due and proper notice of the Motion and Hearing and no further notice is necessary; the legal and factual bases set forth in the Motion establish just and sufficient cause to grant the requested relief herein; the relief granted herein is necessary to avoid immediate and irreparable harm to the Debtors and their estates, as provided in Bankruptcy Rule 6003, and therefore it is:

ORDERED that the Motion is granted **as provided herein;** and it is further

ORDERED that the Debtors are authorized and empowered, pursuant to sections 105(a) and 363(c) of the Bankruptcy Code, to continue to manage their cash pursuant to the Cash Management System maintained by the Debtors prior to the Commencement Date, subject to any changes that may be **appropriate** or required ~~thereto~~ in connection with an order approving the Debtors' postpetition financ-

---

**2.** Wilmington Trust, FSB recently entered into an agreement pursuant to which it will assume the indenture trustee assignments of LaSalle Bank National Association. As of the Commencement Date, the trustee assignment with respect to this indenture has not yet been transferred to Wilmington Trust, FSB; however, Wilmington Trust, FSB will succeed LaSalle Bank National Association as indenture trustee for this series of notes upon the transfer of the trustee assignment.

ing, **permitting use of cash collateral and granting adequate protection,** and to collect, concentrate, and disburse cash in accordance with the Cash Management System, including intercompany transfers of funds (subject to such changes as to the Cash Management System as may be necessary, from time to time, to address the basic purposes of the Cash Management System); and it is further

ORDERED that the Debtors shall continue to maintain all receipts and disbursements and records of all transfers within the Cash Management System utilized postpetition so that all postpetition transfers and transactions will be properly documented, and accurate intercompany balances will be maintained; and it is further

ORDERED that all Intercompany Claims against a Debtor by another Debtor or non-debtor affiliate arising after the Commencement Date as a result of intercompany transactions and transfers in the ordinary course of business shall be accorded administrative expense priority status in accordance with sections 503(b) and 507(a)(2) of the Bankruptcy Code; *provided, however* that any such administrative expense claims shall rank junior in priority of payment to the superpriority administrative expense claims granted to any prospective postpetition lender to the Debtors on account of such postpetition financing; and it is further

ORDERED that the Debtors are authorized to: (i) designate, maintain and continue to use any or all of their existing Bank Accounts including those listed on *Exhibit 1,* hereof, in the names and with the account numbers existing immediately prior to the Commencement Date (which *Exhibit 1* shall be promptly amended to identify any Bank Accounts inadvertently omitted therefrom and which *Exhibit 1,* as so amended, shall be served within two (2) business days therefrom on the U.S. Trus-

tee and the statutory committee of creditors (if and when appointed)), (ii) deposit funds in and withdraw funds from such accounts by all usual means including, without limitation, checks, drafts, wire transfers, automated clearinghouse transfers (*"ACH Transfers "*) and other debits, (iii) pay any bank fees or charges associated with the Bank Accounts, and (iv) treat their prepetition Bank Accounts for all purposes as debtors in possession accounts; and it is further

ORDERED that except as otherwise provided in this Order, all Banks are authorized and directed to continue to maintain, service, and administer such Bank Accounts as accounts of the Debtors as debtors-in-possession without interruption and in the usual and ordinary course, and to receive, process, honor and pay any and all checks, drafts, wire transfers, ACH Transfers or other debits drawn on any of the Bank Accounts after the Commencement Date by the holders or makers thereof, to the extent funds are available as the case may be; and it is further

ORDERED that, unless otherwise specifically agreed to by the relevant Bank, the Debtors are authorized and hereby direct each such Bank to stop payment on, and each such Bank is directed not to honor, any and all checks, drafts, wires or ACH Transfers drawn or issued before the Commencement Date, but presented on or after the Commencement Date, except for payroll checks (the *"Payroll Checks "*) drawn on the payroll accounts set forth on *Exhibit 1,* hereof (the *"Payroll Accounts "*), which shall not be subject to a stop payment or be dishonored, *provided, however,* that the Debtors, to the extent necessary to comply with any order(s) of this Court authorizing payment of certain prepetition claims, shall re-issue after the Commencement Date any checks, drafts, wire transfers, ACH Transfers or other

debits issued before the Commencement Date and which are subject to a stop payment and/or have been dishonored, and *provided, further*, that each such Bank shall pay postpetition amounts equal to the Payroll Checks to the payees or endorsees of such checks by wire transfer or bank check, including any such check, draft, wire transfer, ACH Transfer or other debit relating to Payroll Accounts that had been dishonored or had a payment stop before the Commencement Date but the Debtors have indicated their intention to such Bank that the check, draft, wire transfer, ACH Transfer or other debit shall be honored and paid. The Debtors shall provide each Bank with the final prepetition check number for checks issued prepetition on all disbursement Bank Accounts (other than the Payroll Accounts) and the check number beginning a new check sequence for use postpetition for the applicable Bank Account, such new check sequence to begin with a number that is at least fifty (50) numbers higher than the last check issued from such account prepetition; and it is further

ORDERED that the Debtors are in compliance with section 345(b) of the Bankruptcy Code with respect to the Bank Accounts currently insured or guaranteed by the United States or by a department, agency, or instrumentality of the United States; and it is further

ORDERED that with respect to other Bank Accounts that are currently insured or guaranteed by the United States or by a department, agency, or instrumentality of the United States, the Debtors shall have until May 27, 2009 (or such additional time as the U.S. Trustee may agree, without the necessity for further order of the Court) from the date of the entry of this Order to either come into compliance with section 345(b) of the Bankruptcy Code or to make such other arrangements as agreed with the U.S. Trustee; and it is further

ORDERED that nothing contained herein shall prevent the Debtors from opening any additional bank accounts, or closing any existing Bank Account(s) as they may deem necessary and appropriate, and the Banks are authorized to honor the Debtors' requests to open or close, as the case may be, such Bank Accounts or additional bank accounts; *provided, however*, that any new account shall be with (a) a bank that is insured with the Federal Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation and organized under the laws of the United States and (b) any other bank, as the Debtors may determine, upon consultation with the U.S. Trustee; *provided, further*, that any and all accounts opened by any of the Debtors on or after the Commencement Date at any bank shall, for purposes of this Order, be deemed a Bank Account (as if it had been opened prior to the Commencement Date and listed on *Exhibit 1*), hereof; and it is further

ORDERED that, *nunc pro tunc* to the Commencement Date, to the extent any Bank Account on the Commencement Date was subject to a deposit account or securities account control agreement (a *"Control Agreement"*) between a Bank, a Debtor and a third party lender or agent (a *"Secured Party"*) and such Secured Party had delivered notice to a Bank or otherwise obtained control over a Bank Account (or a Secured Party in the future attempts to exercise control over a Bank Account), such Bank is hereby authorized and directed, in accordance with this Order, to disregard the directions provided by such Secured Party, including without limitation pursuant to a Control Agreement, and to follow without any investigation all directions from the applicable Debtor regarding such Bank Account; provided,

however, that this paragraph does not independently confer any rights on the Debtors to issue instructions to use a Secured Party's cash collateral and any use of cash collateral by the Debtor shall be subject to separate order, including without limitation, the Final Cash Collateral Order; and it is further

ORDERED that to the extent a Debtor had provided a Bank with standing instructions regarding any Bank Account prior to the Commencement Date, each such Bank shall continue to honor such standing instructions until otherwise directed by the applicable Debtor; and it is further

ORDERED that notwithstanding anything else contained in this Order, all rights of U.S. Bank National Association (*"U.S. Bank "*), if any, to (i) assert cash collateral rights against funds on deposit in Bank Accounts maintained at U.S. Bank on the Commencement Date, (ii) to demand adequate protection before use of such cash collateral or (iii) seek relief from the automatic stay to effectuate a setoff against such Bank Accounts are preserved; provided, however, that the Debtors' rights to object to such relief are expressly preserved; and it is further

ORDERED that, until this Court orders otherwise, to preserve U.S. Bank's asserted setoff rights, (i) U.S. Bank is entitled to refuse to make disbursements from the Main Operating Account that would result in the balance in such Bank Account falling below $1,717,336.18, the amount in such Bank Account as of the Petition Date (provided, however, U.S. Bank assumes all the risk that its setoff rights may be impaired if it allows the balance in the Main Operating Account to fall below $1,717,336.18), and (ii) any lien granted to a DIP lender or any other party shall be subordinated to U.S. Bank's asserted claim to $1,717,336.18 in the Main Operating Account; *provided,*

*however,* that (a) the rights of any parties in interest to object to U.S. Bank's asserted setoff rights, its claims, and the forms of relief noted herein are expressly preserved and (b) the Debtors' rights, generally, with respect to the Bank Accounts maintained at U.S. Bank are expressly preserved; and it is further

ORDERED that the Debtors are authorized to continue to use their existing Business Forms, including, but not limited to, purchase orders, letterhead, envelopes, promotional materials, invoices and other business forms substantially in the forms existing immediately prior to the Commencement Date, *provided, however,* as soon as practicable, from and after the Commencement Date, (i) the Debtors shall mark the full name of the relevant debtor in possession exactly as it appears on the voluntary petition as well as the term "Debtor in Possession" and the case number under which these cases are being jointly administered on their check stock and wire transfer instructions and (ii) the Debtors shall mark the term "Debtor–In–Possession" on the signature blocks of their centrally maintained contracts and purchase orders (excluding, however, letterhead, promotional materials and other Business Forms); and it is further

ORDERED that, pursuant to section 364(a) of the Bankruptcy Code, the Debtors are authorized in connection with the ordinary course of their Cash Management System to obtain unsecured credit and incur unsecured debt in the ordinary course of business without notice and a hearing; and it is further

ORDERED that the Debtors are authorized, but not directed, to pay prepetition amounts outstanding as of the Commencement Date, if any, owed to the Banks as Service Charges for the maintenance of the Cash Management System; and it is further

ORDERED that any obligations, chargebacks, returns, liabilities, costs, charges, fees or expenses incurred by the Banks that result from ordinary course transactions (prepetition and postpetition) under the Debtors' Cash Management System (the *"Banks' Cash Management Expenses"*) shall be paid by the Debtors and shall be accorded superpriority status, with priority over any and all administrative expenses of the kind specified in sections 503(b) and 507(b) of the Bankruptcy Code; *provided that* the Banks' Cash Management Expenses shall rank junior in priority to any superpriority administrative expense claims granted to any lender or lender on account of postpetition financing that may be extended to the Debtors by such lender or lenders; and it is further;

ORDERED that any Bank is authorized to charge back, offset, expense or deduct from any of the Debtors' Bank Accounts maintained at such Bank (i) the Service Charges incurred by it resulting from the Banks' Cash Management Expenses, returned checks or other returned items, including, but not limited to, dishonored checks, wire transfers, drafts, ACH Transfers or other debits, regardless of whether such amounts were deposited prepetition and regardless of whether the returned items relate to prepetition or postpetition items, and that solely the normal Service Charges may be assessed and deducted by such Banks from funds held in the Bank Accounts at such Banks with respect to the Cash Management System in the ordinary course of business as well as any other Cash Management Expenses and (ii) the Permitted Debits (*provided, however,* that if a Bank is unable to set off or charge Permitted Debits against such Bank Account, the Debtors shall promptly upon demand, reimburse such Bank in an amount equal to the amount of the Permit-

ted Debits), and for these purposes any restrictions under the automatic stay provisions of section 362 of the Bankruptcy Code are modified; *provided, however,* that the automatic stay shall remain in full force and effect for all other purposes, including, but not limiting, any setoff rights (other than with respect to the Service Charges or the Permitted Debits) a Bank may have, and it is further

ORDERED that the Banks are authorized and directed to accept and honor and may rely without any investigation on all representations from the Debtors as to which checks, drafts, wire transfers, ACH Transfers or other debits should be honored or dishonored consistent with any order(s) of this Court, whether the checks, drafts, wire transfers, ACH Transfers or other debits are dated prior to, or on or subsequent to the Commencement Date, and whether or such Bank believes the payment is or is not authorized by any order(s) of the Court, *provided, however,* should any Bank honor a prepetition check, draft, wire transfer, ACH Transfer or other debit drawn on a Bank Account (a) at the direction of any of the Debtors to honor such prepetition check or item, (b) in a good faith belief that the Court has authorized such prepetition item to be honored, (c) as a result of an innocent mistake made despite the implementation of customary item handling procedures or (d) consistent with its past practices under the Cash Management System, such Bank shall not be deemed to be, nor shall be liable to, the Debtors or their estates or otherwise in violation of this Order; and it is further

ORDERED that the Banks shall have no liability for any operational processing errors that are the result of human error; and it is further

ORDERED that the Debtors shall be permitted to invest excess cash, as they may determine in their business judgment, in any money market fund or funds (collectively, the *"Investment Funds"*) that invest at least 75% of such Investment Funds' assets in U.S. Treasuries (the *"Investment Guidelines"*); and it is further

ORDERED that the Investment Guidelines and the Investment Funds shall be deemed to be in compliance with section 345 of the Bankruptcy Code, and the Debtors are relieved from the obligations of section 345(b) of the Bankruptcy Code to obtain a bond from any entity with which money is deposited or invested in accordance with the Investment Guidelines; and it is further

ORDERED that the Investment Guidelines may be amended by order of the Court from time to time upon motion by the Debtors; and it is further

ORDERED that to the extent any of the contracts related to the Cash Management System are deemed to be executory contracts, nothing in this Order shall be deemed an assumption of any such contracts pursuant to section 365 of the Bankruptcy Code; and it is further

~~ORDERED that Bankruptcy Rule 6003 has been satisfied because the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtors; and it is further~~

ORDERED that notice of the Motion as provided therein constitutes good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) are hereby waived; and it is further

ORDERED that notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon entry of the Order; and it is further

ORDERED that the Debtors shall serve a copy of this order within three (3) business days after its entry to the Notice Parties; and it is further

ORDERED that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

# Exhibit 1

Exhibit 1 - Bank Accounts

| Account Title | Bank Name | Last 4 Digits of Bank Account # | Account Type | Bank Contact Person | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Piedmont Mall Gift Certificate Account | American National Bank | 0301 | Gift Certificate | Karen McGuire | 455 Mount Cross Road | Danville | VA | 24540 |
| GGP Limited Partnership Prince Kuhio Plaza | American Savings Bank | 9384 | Local Depository | Patricia Thomas | 1001 Bishop Street, 25th Floor | Honolulu | HI | 96804 |
| Fox River Shopping Center Gift Certificate | Associated Bank | 7241 | Gift Certificate | Connie Stassak | 1501 N. Casaloma Drive | Appleton | WI | 54912 |
| Fox River Shopping Center Partners | Associated Bank | 0389 | Local Depository | Connie Stassak | 1501 N. Casaloma Drive | Appleton | WI | 54913 |
| Market Place Shopping Center General Growth Management, Inc Gift Certificate Account | Bank Champaign | 9639 | Gift Certificate | Sharon Armstrong | 15 Convenience Center Road | Champaign | IL | 61821 |
| Market Place Shopping Center | Bank Champaign | 9647 | Local Depository | Sharon Armstrong | 15 Convenience Center Road | Champaign | IL | 61821 |
| GGP/Homart, Inc., Deerbrook Mall | Bank of America | 5993 | Controlled Capital Reserve | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP/Homart, Inc., Deerbrook Mall | Bank of America | 5955 | Controlled Cash Management | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Holding IL Inc. | Bank of America | 8163 | Controlled Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Holding, Inc. | Bank of America | 8187 | Controlled Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP/Homart, Inc. | Bank of America | 8149 | Controlled Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Victoria Ward, Ltd. | Bank of America | 8168 | Controlled Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28256 |
| GGP/Homart, Inc., Deerbrook Mall | Bank of America | 6001 | Controlled Event of Default Reserve | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP/Homart, Inc., Deerbrook Mall | Bank of America | 5998 | Controlled Loss Proceeds | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP/Homart, Inc., Deerbrook Mall | Bank of America | 5974 | Controlled Tax & Ins Escrow | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP/Homart, Inc., Deerbrook Mall | Bank of America | 5979 | Controlled TI/LC Reserve | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Holding II, Inc. | Bank of America | 6308 | Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Holding, Inc | Bank of America | 6341 | Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership | Bank of America | 6285 | Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP/Homart, Inc. | Bank of America | 6266 | Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Howard Hughes Properties, Inc. | Bank of America | 6303 | Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Rouse-Fairwood Development Corporation | Bank of America | 6327 | Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| The Howard Research and Development Corporation | Bank of America | 6312 | Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| The Hughes Corporation | Bank of America | 6250 | Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Baltimore Center Garage Limited Partnership | Bank of America | 5365 | Garage | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Arizona Center (Garage) | Bank of America | 5396 | Garage Account | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership (North Point Mall) | Bank of America | 8577 | Gift Card | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership - Lynnhaven Mall | Bank of America | 6924 | Gift Certificate | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership - Rogue Valley Gift Cert | Bank of America | 6319 | Gift Certificate | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership Saint Louis Galleria GC | Bank of America | 5454 | Gift Certificate | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Neighborhood Box Office | Bank of America | 3112 | Gift Certificate | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Park Mall | Bank of America | 7056 | Gift Certificate | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| BOA MSTR SVCR Fee LaSalle BK TTEE for Reg Hldrs of BACM Comlmtg Pass thru Cert Ser 2003-1 Rogue Valley | Bank of America | 1810 | Lenders Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| BOA MSTR SVCR Fee LaSalle BK TTEE for Reg Hldrs of BACM Comlmtg Pass thru Cert Ser 2003-1 Rogue Valley | Bank of America | 1811 | Lenders Operating | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Holding II LLC | Bank of America | 9435 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Homart Inc. (Newpark Mall) | Bank of America | 9628 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership - Rogue Valley Mall | Bank of America | 9743 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership - Tucson Mall | Bank of America | 5216 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership - Visalia Mall | Bank of America | 5220 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership (Moreno Valley) | Bank of America | 5460 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership (Northtown Mall) | Bank of America | 4947 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership (Valley Plaza Mall) | Bank of America | 5067 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership Saint Louis Galleria | Bank of America | 8550 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership Salem Center | Bank of America | 8470 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Pinal Mall Limited Partnership | Bank of America | 9551 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Price Development Co Limited SLM - Depository | Bank of America | 2401 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| US Prime Property Inc. | Bank of America | 9902 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Partnership for the benefit of Bank of America Merchant Services | Bank of America | 7323 | Merchant Service | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership | Bank of America | 6333 | Payroll | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Victoria Ward, Limited | Bank of Hawaii | 6166 | Gift Certificate | Darlene Maroglio | 130 Merchant Street, 20th Floor, Suite 2030 | Honolulu | HI | 96813-4126 |
| Victoria Ward, Limited | Bank of Hawaii | 2100 | Gift Certificate | Darlene Maroglio | 130 Merchant Street, 20th Floor, Suite 2030 | Honolulu | HI | 96813-4126 |

The Debtors' servicers may maintain certain escrow accounts (or ledger entries) on behalf of the Debtors for satisfaction of certain tax and other obligations. These accounts or ledger entries are not reflected on this Exhibit.

Exhibit 1 - Bank Accounts

| Account Title | Bank Name | Last 4 Digits of Bank Account # | Account Type | Bank Contact Person | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Victoria Ward Ltd. | Bank of Hawaii | 9550 | Investment | Darlene Maroglso | 130 Merchant Street, 20th Floor, Suite 2070 | Honolulu | HI | 96812-4436 |
| Victoria Ward Center LLC - Victoria Ward Entertainment Center | Bank of Hawaii | 1375 | Lenders Depository | Darlene Maroglso | 130 Merchant Street, 20th Floor, Suite 2100 | Honolulu | HI | 96812-4436 |
| Ward Gateway-Industrial-Village Collection Account FPO Bank of America NA as Mortgagee | Bank of Hawaii | 3373 | Lenders Depository | Darlene Maroglso | 130 Merchant Street, 20th Floor, Suite 2100 | Honolulu | HI | 96812-4436 |
| Ward Plaza-Warehouse LLC Lockbox Account FPO Goldman Sachs Commercial Mortgage Capital LP as Mortgagee | Bank of Hawaii | 3367 | Lenders Depository | Darlene Maroglso | 130 Merchant Street, 20th Floor, Suite 2100 | Honolulu | HI | 96812-4436 |
| Victoria Ward, Limited | Bank of Hawaii | 0021 | Operating | Darlene Maroglso | 130 Merchant Street, 20th Floor, Suite 2100 | Honolulu | HI | 96812-4436 |
| GGP Limited Partnership (Oakwood Center) | Bank of Louisiana | 4604 | Local Depository | Sherry McElroy | 197 Westbank Expressway | Gretna | LA | 70056 |
| HO Retail Properties II | Bank of Oklahoma | 2796 | Gift Certificate | John Bartell | 3815 Southest Frank Phalps Blvd | Bartlesville | OK | 74006 |
| HQ Retail Properties II, LP | Bank of Oklahoma | 6551 | Local Depository | John Bartell | 3815 Southest Frank Phalps Blvd | Bartlesville | OK | 74006 |
| Mayfair Property, Inc | BankMutual | 0486 | Local Depository | Melissa Osowski | 1049 W Brown Deer Road; PO Box 25999 | Brown Deer | WI | 53223-0398 |
| GGP Limited Partnership (Mall St Matthews) | BB&T Bank | 8318 | Local Depository | Barbara Sasery | 4567 Shelbyville Road | Louisville | KY | 40207 |
| Columbia Mall LLC | Boone County National Bank | 5786 | Local Depository | Mark Woodward | 720 E Broadway, PO Box 678 | Columbia | MO | 65205-0678 |
| GGP Limited Partnership (RiverTown Crossings Gift Certificate) old | Byron Center State Bank | 7953 | Gift Certificate | Rob Arroyo | 2445 84th St SW | Byron Center | MI | 49315 |
| GGP Limited Partnership RiverTown Crossings Mall | Byron Center State Bank | 5410 | Local Depository | Rob Arroyo | 2445 84th St SW | Byron Center | MI | 49315 |
| GGP/Homart, Inc | Chemical Bank & Trust Company | 5941 | Local Depository | Kelly Fehneser | 212 Center Avenue; P.O. Box 69 | Bay City | MI | 48707-9950 |
| GGP Limited Partnership - Burlington Town Center G.C | Chittenden Bank | 1574 | Gift Certificate | Paula Coletti | Two Burlington Square | Burlington | VT | 05402 |
| GGP Limited Partnership - Burlington Town Center Local Depository | Chittenden Bank | 1366 | Local Depository | Paula Coletti | Two Burlington Square | Burlington | VT | 05402 |
| Rouse Providence LLC | Citizens Bank | 7103 | Gift Certificate | David Simmons | 126 Providence Place | Providence | RI | 02903 |
| GGP/Homart, Inc | Citizens Bank | 5976 | Local Depository | Jen Carrigan | 100 Loudon Road | Concord | NH | 03301 |
| Rouse Providence LLC | Citizens Bank | 6247 | Parking Garage | David Simmons | 126 Providence Place | Providence | RI | 02903 |
| Price Development Company LP | Citizens Bank of Clovis | 1201 | Local Depository | Pauline Weaver | PO Box 1629 | Clovis | NM | 98102-9974 |
| General Growth Management Inc as agent for Buckwood Mall | Citizens First Savings Bank | 6068 | Local Depository | Sandra Conard | 525 Water Street; PO Box 5012 | Port Huron | MI | 48060-5012 |
| Bayshore Mall | Coast Central Credit Union | 6331 | Gift Certificate | Danelle Ray | 2650 Harrison Avenue | Eureka | CA | 95501 |
| Bayshore Mall Limited Partnership | Coast Central Credit Union | 6315 | Local Depository | Danelle Ray | 2650 Harrison Avenue | Eureka | CA | 95501 |
| General Growth Management, Inc. Peachtree Mall | Columbus Bank & Trust | 7957 | Gift Certificate | Daniel Stone | P.O. Box 120 | Columbus | GA | 31902 |
| GGP/Homart (Vista Ridge) | Compass Bank | 3863 | Local Depository | Sofie Rochani | 651 E FM 3040 | Lewisville | TX | 75067 |
| GGP Limited Partnership | Evergreen Investments | 2048 | Investment | Meredith Ashwell | 401 S. Tryon Street | Charlotte | NC | 28202 |
| GGP Limited Partnership (Spring Hill Mall) | First American Bank | 9783 | Gift Certificate | Jeff Mills | 261 S. Western Avenue | Carpentersville | IL | 60110 |
| GGP Limited Partnership - Spring Hill Mall | First American Bank | 9703 | Local Depository | Jeff Mills | 261 S. Western Avenue | Carpentersville | IL | 60110 |
| GGP Limited Partnership | First Hawaiian Bank | 4151 | Client Services | Steve Williams | 1500 Kapiolani Blvd | Honolulu | HI | 96814 |
| GGP Ala Moana LLC | First Hawaiian Bank | 5057 | Gift Certificate | Steve Williams | PO Box 3200 | Honolulu | HI | 96847 |
| GGP Ala Moana LLC | First Hawaiian Bank | 3404 | Gift Certificate | Steve Williams | PO Box 3200 | Honolulu | HI | 96847 |
| GGP Ala Moana LLC | First Hawaiian Bank | 4071 | Gift Certificate | Steve Williams | PO Box 3200 | Honolulu | HI | 96847 |
| GGP Ala Moana LLC | First Hawaiian Bank | 5057 | Gift Certificate | Steve Williams | PO Box 3200 | Honolulu | HI | 96847 |
| GGP Ala Moana LLC (?) | First Hawaiian Bank | 3876 | Gift Certificate | Steve Williams | PO Box 3200 | Honolulu | HI | 96847 |
| GGP Ala Moana LLC for benefit of Secore Financial Corp as Mortgagee | First Hawaiian Bank | 5763 | Lenders Depository | Steve Williams | PO Box 3200 | Honolulu | HI | 96847 |
| GGP Ala Moana LLC | First Hawaiian Bank | 2744 | Operating | Steve Williams | 1350 Kapiolani Blvd | Honolulu | HI | 96814 |
| GGP Limited Partnership (Eastridge Mall) | First Interstate Bank | 4222 | Local Depository | Lori Anderson | 521 SE Wyoming Blvd. | Casper | WY | 82609-4220 |
| GGP Limited Partnership | First Tennessee Bank | 7471 | Local Depository | Lisa Clayton | 11 Northgate Park | Chattanooga | TN | 37415 |
| GGP Limited Partnership | Goldman Sachs | 6537 | Investment | Greg Romano | 4900 Sears Tower | Chicago | IL | 60606 |
| GGP Limited Partnership | Goldman Sachs | 6308 | Investment | Greg Romano | 4900 Sears Tower | Chicago | IL | 60606 |
| GGP/Homart, Inc. | Goldman Sachs | 6829 | Investment | Greg Romano | 4900 Sears Tower | Chicago | IL | 60606 |
| GGP/Homart, Inc | Goldman Sachs | 6819 | Investment | Greg Romano | 4900 Sears Tower | Chicago | IL | 60606 |
| Colony Square Partners | Huntington Bank | 2444 | Local Depository | Josh Caudill | 2801 Maple Ave | Zanesville | OH | 43701 |
| General Growth Properties (Colony Square Mall) | Huntington Bank | 3763 | Lottery | Chanda Carpenter | 30 Sunrise Ctr | Zanesville | OH | 43702 |
| GGP Limited Partnership (North Star Mall) | International Bank of Commerce | 6457 | Local Depository | Angie Saenz | 7400 San Pedro Ave Suite 608 | San Antonio | TX | 78216 |
| GGP Inc. Bank Control acct for Howard H Cravens | JP Morgan | 2267 | Money Market - Escrow | Ms. Verpyt S. Nadolny | 201 North Central 14th Floor AZ1 1200 | Phoenix | AZ | 85004 |
| GGP Inc. Bank Control acct for John V Howard | JP Morgan | 2273 | Money Market - Escrow | Ms. Verpyt S. Nadolny | 201 North Central 14th Floor AZ1 1200 | Phoenix | AZ | 85004 |
| Colony Square Mall | JP Morgan Chase | 7656 | Gift Certificate | Albert Jasani | 420 W Van Buren 5th Floor | Chicago | IL | 60606 |
| GGP Limited Partnership Glenbrook Square Mall | JP Morgan Chase | 4243 | Gift Certificate | Albert Jasani | 420 W. Van Buren 5th floor | Chicago | IL | 60606 |
| Landau & Heyman of Louisiana, Inc managing agent for Pecanland Mall | JP Morgan Chase | 7989 | Gift Certificate | Albert Jasani | 420 W. Van Buren 5th floor | Chicago | IL | 60606 |
| The Woodlands Mall Associates | JP Morgan Chase | 4324 | Gift Certificate | Albert Jasani | 420 W. Van Buren 5th floor | Chicago | IL | 60606 |
| Solar Mall LLC | JP Morgan Chase | 3387 | Lenders Depository | Albert Jasani | 420 W. Van Buren 5th floor | Chicago | IL | 60606 |

The Debtors' servicers may maintain certain escrow accounts for hedge asset(s) on behalf of the Debtors for satisfaction of certain tax and other obligations. These accounts or ledger account are not reflected on this Exhibit.

Exhibit 1 - Bank Accounts

| Account Title | Bank Name | Last 4 Digits of Bank Account # | Account Type | Bank Contact Person | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Boise Mall LLC or by Pacific Life Insurance Co as Servicer for Comm 2001 - J1 Aon | JP Morgan Chase | 8726 | Lenders Depository | Albert Jasari | 120 W. Van Buren 5th floor | Chicago | IL | 60606 |
| PDC Community Center L.L.C. for the benefit of Morgan Stanley Mortgage Capital Inc | JP Morgan Chase | 7272 | Lenders Depository | Albert Jasari | 120 W. Van Buren 5th floor | Chicago | IL | 60606 |
| University Crossing L.L.C Gateway Crossing L.L.C. for the benefit of Morgan Stanley Mortgage Capital Inc. | JP Morgan Chase | 3256 | Lenders Depository | Albert Jasari | 120 W. Van Buren 5th floor | Chicago | IL | 60606 |
| Visalia Mall LLC | JP Morgan Chase | 5390 | Lenders Depository | Albert Jasari | 120 W. Van Buren 5th floor | Chicago | IL | 60606 |
| Atlantic Freeholds II (Town East Mall) | JP Morgan Chase | 9583 | Local Depository | Albert Jasari | 120 W. Van Buren 5th floor | Chicago | IL | 60606 |
| GGP Limited Partnership - Glenbrook Square Mall | JP Morgan Chase | 6068 | Local Depository | Albert Jasari | 120 W. Van Buren 5th floor | Chicago | IL | 60606 |
| GGP Limited Partnership (Fashion Place) | JP Morgan Chase | 2419 | Local Depository | Albert Jasari | 120 W. Van Buren 5th floor | Chicago | IL | 60606 |
| Peoriland Mall | JP Morgan Chase | 7220 | Local Depository | Albert Jasari | 120 W. Van Buren 5th floor | Chicago | IL | 60606 |
| The Woodlands Mall Associates | JP Morgan Chase | 2468 | Local Depository | Albert Jasari | 120 W. Van Buren 5th floor | Chicago | IL | 60606 |
| GGP Limited Partnership | JP Morgan Chase | 7840 | Operating | Albert Jasari | 120 W. Van Buren 5th floor | Chicago | IL | 60606 |
| JPMC as E A for Visalia Mall Lehman Tkl | JP Morgan Chase | 9903 | Tkl Escrow | Albert Jasari | 120 W. Van Buren 5th floor | Chicago | IL | 60606 |
| General Growth Management, Inc. - Burlington Town Center | Key Bank | 6680 | Garage | Brenie Avondet | | | | |
| GGP LTD Partnership | Key Bank | 5806 | Local Depository | Jessica Lembo | P.O. Box 22114 | Albany | NY | 12201 2114 |
| Bellis Fair Mall | Key Bank of Washington | 5320 | Gift Card | Jessica Lembo | 100 Telegraph Road | Bellingham | WA | 98226 |
| GGP Limited Partnership | LaSalle Bank | 5466 | Controlled Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Howard Hughes Properties, Inc | LaSalle Bank | 5652 | Controlled Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| The Hughes Corporation | LaSalle Bank | 5674 | Controlled Disbursement | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP/Homart, Inc. | LaSalle Bank | 6057 | Corp Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership-LC Debit Account | LaSalle Bank | 3364 | LC fees | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Bay City Mall Associates | LaSalle Bank | 6836 | Lenders Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP-Bass Mall, Inc. | LaSalle Bank | 6841 | Lenders Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP-Denbrook, L.P | LaSalle Bank | 6833 | Lenders Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Moreno Valley, Inc. | LaSalle Bank | 6817 | Lenders Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP-North Point, Inc | LaSalle Bank | 7076 | Lenders Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP-Steeplegate, Inc. | LaSalle Bank | 6791 | Lenders Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| HO Retail Properties II, LP for the benefit of Eurohypo AG as mortgagee | LaSalle Bank | 6975 | Lenders Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| New Park Associates | LaSalle Bank | 6175 | Lenders Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Newgate Mall LLC | LaSalle Bank | 6909 | Lenders Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| The Woodlands Mall Associates | LaSalle Bank | 5049 | Lenders Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Tysons Galleria LLC | LaSalle Bank | 6783 | Lenders Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Vista Ridge Joint Venture | LaSalle Bank | 6181 | Lenders Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Lakeside Mall | LaSalle Bank | 2123 | Local Depository | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| GGP Limited Partnership | LaSalle Bank | 131 | Trust | Douglas Cummings | 101 South Tryon Street, NC1-002 20-08 | Charlotte | NC | 28255 |
| Fashion Show Expansion LLC | M&T Bank | 1300 | General | Matt Lind | 25 S Charles Street, 17th Floor | Baltimore | MD | 21201 |
| GGP Limited Partnership | M&T Bank | 3816 | Investment | Matt Lind | 25 S Charles Street, 17th Floor | Baltimore | MD | 21201 |
| Howard Hughes Properties Inc - Land Accounting | M&T Bank | 4253 | Land Wire Receipts | Matt Lind | 25 S Charles Street, 17th Floor | Baltimore | MD | 21201 |
| THE HUGHES CORPORATION - LAND ACCOUNTING | M&T Bank | 4261 | Land Wire Receipts | Matt Lind | 25 S Charles Street, 17th Floor | Baltimore | MD | 21201 |
| GGP Limited Partnership (Owings Mills) | M&T Bank | 4686 | Local Depository | Matt Lind | 25 S Charles Street, 17th Floor | Baltimore | MD | 21201 |
| GGP Limited Partnership | M&T Bank | 6623 | Lockbox Receipts | Matt Lind | 25 S Charles Street, 17th Floor | Baltimore | MD | 21201 |
| HHP Government Services, LP | M&T Bank | 2768 | Operating | Matt Lind | 25 S Charles Street, 17th Floor | Baltimore | MD | 21201 |
| Howard Hughes Properties, Inc | M&T Bank | 2661 | Operating | Matt Lind | 25 S Charles Street, 17th Floor | Baltimore | MD | 21201 |
| Howard Hughes Properties, LP | M&T Bank | 2602 | Operating | Matt Lind | 25 S Charles Street, 17th Floor | Baltimore | MD | 21201 |
| The Hughes Corporation | M&T Bank | 2645 | Operating | Matt Lind | 25 S Charles Street, 17th Floor | Baltimore | MD | 21201 |
| Greenwood Mall | National City Bank | 0714 | Gift Certificate | Customer Service | 2629 Scottsville Road | Bowling Green | KY | 42104 |
| Lansing Mall | National City Bank | 9064 | Gift Certificate | Tony Griffin | 6400 W. Saginaw St | Lansing | MI | 48917 |
| GGP Limited Partnership-Greenwood Mall Storage | National City Bank | 8148 | Local Depository | Customer Service | 2629 Scottsville Road | Bowling Green | KY | 42104 |
| Lansing Mall | National City Bank | 8859 | Local Depository | Tony Griffin | 6400 W. Saginaw St. | Lansing | MI | 48917 |
| Oxmoor Center | PNC Bank | 5231 | Local Depository | Robyn Pantino | 5000 Shelbyville Road | Louisville | KY | 40222 |
| GGP Ivanhoe II (Park City Center) | Sovereign Bank | 5717 | Local Depository | John Edgar | 876 Park City Center | Lancaster | PA | 17601 |
| GGP Limited Partnership (Staten Island Mall) | Sovereign Bank | 1493 | Local Depository | Rita Costanzo | 2655 Richmond Ave | Staten Island | NY | 10314 |
| GGP/Homart, Inc | Sterling Bank | 3953 | Gift Certificate | Customer Service | 111 FM 1960 E Bypass, PO Box 3000 | Humble | TX | 77338 |
| GGP/Homart, Inc | Sterling Bank | 7474 | Local Depository | Customer Service | 111 FM 1960 E Bypass PO Box 3000 | Humble | TX | 77338 |

The Debtors' borrowers may maintain certain escrow accounts for ledger and/tkl on behalf of the Debtors for satisfaction of escrow tax and other obligations. These accounts or ledger entries are not reflected on this Exhibit.

.. 
619

Exhibit 1 - Bank Accounts

| Account Title | Bank Name | Last 4 Digits of Bank Account # | Account Type | Bank Contact Person | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| GGP Limited Partnership (Eagle Ridge Mall) | SunTrust Bank | 1803 | Gift Certificate | Bill Moonah | 2011 State Road 60 East | Lake Wales | FL | 33398 |
| General Growth Management, Inc - Eagle Ridge Mall | SunTrust Bank | 7936 | Local Depository | Bill Moonah | 2011 State Road 60 East | Lake Wales | FL | 33398 |
| GGP Limited Partnership-The Maine Mall | TD BankNorth | 9895 | Gift Certificate | Julia O'Brien | 250 Maine Mall Road | South Portland | ME | 04106 |
| GGP/Homart, Inc | TD BankNorth | 0008 | Gift Certificate | Marha McGowan | 277 Sheeps Davis Road | Concord | NH | 03301 |
| GGP Limited Partnership-The Maine Mall | TD BankNorth | 9720 | Local Depository | Julia O'Brien | 250 Maine Mall Road | South Portland | ME | 04106 |
| GGP Limited Partnership - Chico Mall Gift Certificate | Tri Counties Bank | 0853 | Gift Certificate | Lonnie Sterdaum | 1950 E. 20th Street, Suite 725 | Chico | CA | 95928 |
| GGP Limited Partnership - Chico Mall | Tri Counties Bank | 0841 | Local Depository | Lonnie Sterdaum | 1950 E. 20th Street, Suite 725 | Chico | CA | 95928 |
| GGP Limited Partnership-Gateway Mall | Umpqua Bank | 0032 | Gift Certificate | Linda Miller | 2790 Gateway Street | Springfield | OR | 97477 |
| GGP Limited Partnership-Gateway Mall | Umpqua Bank | 0221 | Local Depository | Linda Miller | 2790 Gateway Street | Springfield | OR | 97477 |
| GGP Limited Partnership | US Bank | 3830 | ACH debit account | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60004 |
| Oakwood Shopping Center LP, Citicorp North America as agent | US Bank | 6868 | Blocked Budgeted Expense | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Phase II Mall Subsidiary LLC for the benefit of Deutsche Bank Trust Company | US Bank | 2069 | Blocked Budgeted Expense | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| U.K American Properties, Inc. Northridge Fashion Center | US Bank | 6465 | Blocked Capital Reservation | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Chico Mall LP | US Bank | 7787 | Blocked Cash Collateral | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Jordan Creek Town Center for the benefit of Eurohypo AG, New York as mortgagee | US Bank | 9523 | Blocked Cash Management | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Oakwood Shopping Center LP Citicorp North America as agent | US Bank | 6870 | Blocked Cash Management | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| U.K American Properties, Inc. Northridge Fashion Center | US Bank | 8461 | Blocked Cash Trap | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Phase II Mall Subsidiary LLC Deutsche Bank Trust Company Americas | US Bank | 2952 | Blocked Fee Reserve Acct | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Chico Mall LP | US Bank | 7795 | Blocked Insurance & Tax Escrow | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Phase II Mall Subsidiary LLC for the benefit of Deutsche Bank Trust Company | US Bank | 2044 | Blocked Lenders Account | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| U.K American Properties, Inc. Northridge Fashion Center | US Bank | 8499 | Blocked Loss Proceed | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Chico Mall LP | US Bank | 7803 | Blocked Replacements Reserve | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| U.K American Properties, Inc. Northridge Fashion Center | US Bank | 8473 | Blocked Reservation | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Oakwood Shopping Center LP, Citicorp North America as agent | US Bank | 6396 | Blocked Rollover Reserve | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Oakwood Shopping Center LP, Citicorp North America as agent | US Bank | 6984 | Blocked Tax & Ins Escrow | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| U.K American Properties, Inc. Northridge Fashion Center | US Bank | 8457 | Blocked Tax Escrow | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Connecticut General Life Ins Co, as mortgagee of GGP Grandville LLC as mortgagor (Real Estate Tax Escrow) | US Bank | 9416 | Escrow - Tax | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Chapel Hill | US Bank | 1588 | Gift Certificate | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership | US Bank | 6054 | Gift Certificate | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership-Eden Prairie Gift Cert | US Bank | 4740 | Gift Certificate | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Mall of the Bluffs | US Bank | 0952 | Gift Certificate | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Fashion Show Mall, LLC | US Bank | 7233 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Holding, Inc. - 10 CCC Business Trust | US Bank | 8924 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Holding, Inc - 20 CCC Business Trust | US Bank | 8932 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Holding, Inc - 30 CCC Business Trust | US Bank | 8960 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Holding, Inc. - Columbia Association | US Bank | 8691 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Holding, Inc. - Columbia Convenience Center | US Bank | 8709 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Holding, Inc. - Columbus Exhibit Building | US Bank | 8717 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Holding, Inc. - Park Square Limited Partnership | US Bank | 8973 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Holding, Inc. - Parkside Limited Partnership | US Bank | 8965 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Holding, Inc. - Parkview Office Building, Limited Partnership | US Bank | 8957 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Holding, Inc. - Ridgely Building | US Bank | 0723 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership - Arizona Center 1 | US Bank | 0837 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership - Arizona Center 2 | US Bank | 0665 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership - Arizona Center Parking | US Bank | 0675 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP/Homart, Inc. - Chula Vista Center, LLC | US Bank | 8602 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGPLP L.L.C. - Apache Mall, LLC | US Bank | 7777 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGPLP L.L.C. - Mall of Louisiana Power Center | US Bank | 0640 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP-Tucson Mall L.L.C. for the benefit of Wachovia Bank, National Association | US Bank | 4027 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Howard Hughes Properties, Limited Partnership - 10000 Covington Cross | US Bank | 0733 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Howard Hughes Properties, Limited Partnership - 10190 Covington Cross | US Bank | 0741 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Howard Hughes Properties, Limited Partnership - 1201/41 Town Center Drive | US Bank | 0758 | Lenders Blocked Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |

The Debtors' services may maintain certain escrow accounts (or ledger entries) on behalf of the Debtors for satisfaction of certain tax and other obligations. These accounts or ledger entries are not reflected on this Exhibit.

Exhibit 1 – Bank Accounts

| Account Title | Bank Name | Last 4 Digits of Bank Account # | Account Type | Bank Contact Person | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Howard Hughes Properties, Limited Partnership - 1251/81 Town Center Drive | US Bank | 0764 | Lenders Blocked Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Howard Hughes Properties, Limited Partnership - 1551 Hillshire Drive | US Bank | 0774 | Lenders Blocked Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Howard Hughes Properties, Limited Partnership - 1635 Village Center Circle | US Bank | 0782 | Lenders Blocked Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Howard Hughes Properties, Limited Partnership - 1645 Village Center Circle | US Bank | 0790 | Lenders Blocked Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Howard Hughes Properties, Limited Partnership - 1950/80 Covington Cross | US Bank | 0808 | Lenders Blocked Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Oakwood Shopping Center LP, Citicorp North America as agent | US Bank | 6912 | Lenders Blocked Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Rouse-Fairwood Development Corporation - Crossing Business Center #6 | US Bank | 0816 | Lenders Blocked Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Rouse-Fairwood Development Corporation - Crossing Business Center #7 | US Bank | 0824 | Lenders Blocked Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| U.S. American Properties, Inc. Northridge Fashion Center | US Bank | 8449 | Lenders Blocked Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Augusta Mall, LLC | US Bank | 8439 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Bakersfield Mall LLC & RASCAP Realty Ltd. FBO Secore Financial Corp as Mortgagee | US Bank | 3990 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Birchwood Mall, LLC | US Bank | 2022 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Boulevard Associates | US Bank | 3994 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Cache Valley, LLC | US Bank | 2261 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Champaign Market Place LLC FBO LaSalle Bank NA as Trustee of Holders of Bear Stearns Com. Mortgage Securities (Cert. Series 2007 PWR18) | US Bank | 8542 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Chico Mall LP | US Bank | 7246 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Collin Creek Mall, LLC | US Bank | 6933 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Colony Square Mall, LLC | US Bank | 2078 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Columbus Mall LLC | US Bank | 3554 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Connecticut General Life Ins Co as Mtgee of GGP-Grandville LLC as Mtgor | US Bank | 8408 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Coronado Center LLC FBO Eurohypo Ag New York Branch as Mortgagee | US Bank | 2053 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Country Hills Plaza, LLC | US Bank | 9922 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Eastridge Shopping Center, LLC for the benefit of Secore Financial Corporation as Mortgagee | US Bank | 4984 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Eden Prairie Mall LLC for the benefit of Bear Stearns Commercial Mortgage, Inc., as mortgagee | US Bank | 7321 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Fallbrook Square Partners Limited Partnership | US Bank | 6033 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Fox River Shopping Center, L.L.P | US Bank | 8570 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Gateway Mall | US Bank | 7564 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Gateway Overlook Business Trust | US Bank | 6113 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP - Pecanland LP (for the benefit of Citigroup Global Markets Realty Corp, as agent | US Bank | 6646 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Eagle Ridge | US Bank | 0835 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Foothills, LLC | US Bank | 1990 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Jordan Creek Town Center for the benefit of Eurohypo AG, New York as mortgagee | US Bank | 6082 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership - Beachwood Place Mall | US Bank | 5827 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership - Capital Mall | US Bank | 7372 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership - Faxwall Mall Marketplace | US Bank | 3335 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership - Hulen Owner LP | US Bank | 5519 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership - Providence Place | US Bank | 5343 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership - Ridgedale Center | US Bank | 3301 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership - Rouse Fashion Place | US Bank | 7432 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership - Southland Center | US Bank | 7424 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership Collateral Account | US Bank | 8140 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP-Columbiana Trust | US Bank | 3107 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Four Seasons LLC for the benefit of Wachovia Bank National Association, Mortgagee | US Bank | 9313 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP-Glenbrook LLC for the benefit of Morgan Stanley Mortgage Capital as Lender | US Bank | 0319 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP-Lincolnshire LLC | US Bank | 6129 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Maine Mall LLC for the benefit of German American Capital Corporation, as Mortgagee | US Bank | 9436 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Grand Canal Shoppes IL LLC for the benefit of Archon Financial Group as mortgagee | US Bank | 7722 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Grand Traverse Mall Partners, LP | US Bank | 3435 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Greenwood Mall | US Bank | 7556 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| HO Retail Properties I Limited Partnership, for the benefit of Bank of America NA as mortgagee | US Bank | 9079 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Lakeside Mall Property, LLC | US Bank | 7325 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |

The Debtors' servicers may maintain cash in escrow accounts (or ledger entries) on behalf of the Debtors for satisfaction of certain tax and other obligations. These escrows or ledger entries are not reflected on this Exhibit.

Exhibit 1 - Bank Accounts

| Account Title | Bank Name | Last 4 Digits of Bank Account # | Account Type | Bank Contact Person | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Lakeview Square Limited Partnership | US Bank | 6035 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Lancaster Trust for the benefit of Eurohypo AG, New York Branch | US Bank | 5019 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Landmark Mall, LLC for the benefit of Secore Financial Corporation as Mortgagee | US Bank | 5993 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Lynnhaven Mall L.L.C. | US Bank | 5035 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Mall of Louisiana, LP for the benefit of Column Financial, Inc. as mortgagee | US Bank | 7705 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Mall of the Bluffs, LLC | US Bank | 2982 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Mall St. Vincent, LP | US Bank | 8496 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Mayfair Property, Inc. for the benefit of Secore Financial Corporation as Mortgagee | US Bank | 5985 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Mondawmin Borrower, LLC | US Bank | 2379 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| MSM Property, LLC | US Bank | 7317 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| North Plains Mall, LLC | US Bank | 2395 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| North Town Mall, LLC | US Bank | 1974 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Northgate Mall, LLC for the benefit of Secore Financial Corporation as Mortgagee | US Bank | 4947 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Northwest Ohio Mall, LLC | US Bank | 2445 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| NSMJV, LLC | US Bank | 7209 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Oakwood Hills Mall, LLC | US Bank | 1966 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Oglethorpe Mall, LLC for the benefit of Secore Financial Corporation as Mortgagee | US Bank | 4939 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| OM Borrower, LLC | US Bank | 2403 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Park Mall, LLC for the benefit of Wachovia Bank National Association as Mortgagee | US Bank | 4004 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| PDC - Eastridge Mall LLC for the benefit of Column Financial, Inc. as mortgagee | US Bank | 6125 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| PDC - Red Cliffs Mall LLC for the benefit of Column Financial, Inc. as mortgagee | US Bank | 6132 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Peachtree Mall | US Bank | 6341 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Peoria II Real Subsidiary, LLC for the benefit of Deutsche Bank Trust Company Americas, as Administrative Agent | US Bank | 3157 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Piedmont Mall, LLC for the benefit of Secore Financial Corporation as Mortgagee | US Bank | 4012 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Pierre Bossier Mall, LLC | US Bank | 1958 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Pine Ridge Mall LLC for the benefit of Column Financial, Inc. as mortgagee | US Bank | 6106 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Pioneer Place Limited Partnership | US Bank | 1941 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Price ASG L.L.C - Grand Teton Mall/Plaza | US Bank | 3040 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Price ASG L.L.C.-Salem Center | US Bank | 3865 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Price ASG L.L.C-Animas Valley Mall | US Bank | 3037 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Regency Square Mall | US Bank | 2972 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| River Hills Mall L.L.P | US Bank | 6061 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Rouse-Fairwood Corporate Center LP together with RO Theatre LP, R-P Master LP, and Rouse-AZ Retail Ctr LP | US Bank | 6363 | Lenders depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Saint Louis Galleria LLC | US Bank | 7081 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Sierra Vista Mall, LLC | US Bank | 2387 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Sikes Senter LP | US Bank | 5654 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Silver Lake Mall, LLC | US Bank | 2432 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Sooner Fashion Mall LLC | US Bank | 6079 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| SouthLake Mall LLC | US Bank | 8588 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Southland Mall, Inc. for the benefit of Commerzbank AG | US Bank | 7339 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Southwest Plaza, LLC | US Bank | 1933 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Spring Hill Mall, LLC | US Bank | 1925 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| St. Cloud Mall, LLC (Crossroads Mall) for the benefit of UBS Waterbury Real Estate Investments, Inc. as mortgagee | US Bank | 3291 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Steeplegate Shopping Center, LP and GGP-SG L.L.C. for the benefit of Morgan Stanley Mortgage Capital, Inc. as | US Bank | 9086 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| The Howard Hughes Corporation - Vista Commons | US Bank | 0832 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Three Rivers Mall LLC for the benefit of Column Financial, Inc. as mortgagee | US Bank | 6116 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Town East Mall LP for the benefit of UBS Real Estate Investment, Inc. | US Bank | 7354 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Tracy Mall Partners, LP for the benefit of Secore Financial Corporation as Mortgagee | US Bank | 3998 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Valley Hills Mall LLC, for the benefit of Column Financial, Inc. as mortgagee | US Bank | 6810 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Village of Jordan Creek for the benefit of Eurohypo AG, New York as mortgagee | US Bank | 6890 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Westwood Mall, LLC | US Bank | 2486 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| White Mountain Mall, LLC | US Bank | 2460 | Lenders Depository | Jenny Lyskawa | Rookery Building Office, MK-IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |

The Debtors' servicers may maintain various escrow accounts (or ledger entries) on behalf of the Debtors for satisfaction of certain tax and other obligations. These accounts or ledger entries are not reflected on this Exhibit.

Exhibit 5 - Bank Accounts

| Account Title | Bank Name | Last 4 Digits of Bank Account # | Account Type | Bank Contact Person | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Willowbrook Mall, LLC | US Bank | 7259 | Lenders Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Woodbridge Center Property, LLC | US Bank | 7293 | Lenders Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| General Growth Mgmt Corp Agent for Equitable | US Bank | 5643 | Local Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Acquisitions LLC & Price Holdings LLC | US Bank | 5645 | Local Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership - Southwest Plaza | US Bank | 9379 | Local Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership-Chapel Hills Storage | US Bank | 9005 | Local Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Homart Development Co | US Bank | 3306 | Local Depository | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Holding II, Inc | US Bank | 9203 | Operating | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Holding, Inc. | US Bank | 0589 | Operating | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership | US Bank | 6232 | Operating | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP-LP LLC | US Bank | 5018 | Operating | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| The Rouse Company | US Bank | 9767 | Operating | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Victoria Ward, Ltd. | US Bank | 1855 | Operating | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership (Pioneer Place Parking Facility) | US Bank | 6999 | Parking Garage | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Phase II Mall Subsidiary LLC for the benefit of Deutsche Bank Trust company | US Bank | 2051 | Reserve | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| Chico Mall LP | US Bank | 7811 | Rollover Reserve Blocked | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership | US Bank/First American Money Market | 0172 | Investment | Jenny Lyakawa | Rookery Building Office, MK IL-RY4Q, 209 S LaSalle St, Suite 210 | Chicago | IL | 60603 |
| GGP Limited Partnership (Willowbrook Mall, NJ) | Valley National Bank | 6546 | Local Depository | Brenda Adams | 1345 Willowbrook Mall | Wayne | NJ | 07470 |
| GGP/Homart, Inc. | Wachovia Bank | 1896 | Gift Certificate | Chad Prescott | 171 17th Street, NW GA4512 2nd Floor Building 100 | Atlanta | GA | 30363 |
| Greenwich Cap Fin AM Hocker Oonoor LLC | Wachovia Bank | 4838 | Investment/Loan | Chad Prescott | 171 17th Street, NW GA4512 2nd Floor Building 100 | Atlanta | GA | 30363 |
| GGP Limited Partnership - Providence Depository | Wachovia Bank | 5361 | Lenders Depository | Chad Prescott | 171 17th Street, NW GA4512 2nd Floor Building 100 | Atlanta | GA | 30363 |
| Century Plaza, LLC | Wachovia Bank | 1708 | Local Depository | Chad Prescott | 171 17th Street, NW GA4512 2nd Floor Building 100 | Atlanta | GA | 30363 |
| GGP Limited Partnership (Augusta Mall) | Wachovia Bank | 6668 | Local Depository | Chad Prescott | 171 17th Street, NW GA4512 2nd Floor Building 100 | Atlanta | GA | 30363 |
| GGP Limited Partnership (Four Seasons Town Center) | Wachovia Bank | 0016 | Local Depository | Chad Prescott | 171 17th Street, NW GA4512 2nd Floor Building 100 | Atlanta | GA | 30363 |
| GGP Limited Partnership (WoodBridge Center) | Wachovia Bank | 4722 | Local Depository | Chad Prescott | 171 17th Street, NW GA4512 2nd Floor Building 100 | Atlanta | GA | 30363 |
| GGP/Homart, Inc | Wachovia Bank | 4146 | Local Depository | Chad Prescott | 171 17th Street, NW GA4512 2nd Floor Building 100 | Atlanta | GA | 30363 |
| GGP North Point, Inc | Wachovia Bank | 5968 | Local Depository | Chad Prescott | 171 17th Street, NW GA4512 2nd Floor Building 100 | Atlanta | GA | 30363 |
| Regency Square Mall | Wachovia Bank | 0367 | Local Depository | Chad Prescott | 171 17th Street, NW GA4512 2nd Floor Building 100 | Atlanta | GA | 30363 |
| GGP/Homart, Inc | Webster Bank | 5587 | Gift Certificate | Maria DeSimone | 495 Union Street - Suite 2006 | Waterbury | CT | 06706 |
| GGP/Homart Inc. | Webster Bank | 7553 | Local Depository | Maria DeSimone | 495 Union Street- Suite 2006 | Waterbury | CT | 06706 |
| Price Development Company LP Depository | Wells Fargo Bank | 6515 | Depository | Sheila Reese | 1000 Louisiana, 4th Floor, MAC T5002-042 | Houston | TX | 77002 |
| GGP Limited Partnership-Foothills Mall | Wells Fargo Bank | 4277 | Gift Certificate | Sheila Reese | 1000 Louisiana, 4th Floor, MAC T5002-042 | Houston | TX | 77002 |
| Rochester Mall LLC - Apache Mall Gift Certificate | Wells Fargo Bank | 8675 | Gift Certificate | Sheila Reese | 1000 Louisiana, 4th Floor, MAC T5002-042 | Houston | TX | 77002 |
| General Growth Properties, Inc. (Ridgedale Centers) | Wells Fargo Bank | 6118 | Local Depository | Sheila Reese | 1000 Louisiana, 4th Floor, MAC T5002-042 | Houston | TX | 77002 |
| GGP Limited Partnership (Pioneer Place) | Wells Fargo Bank | 6257 | Local Depository | Sheila Reese | 1000 Louisiana, 4th Floor, MAC T5002-042 | Houston | TX | 77002 |
| GGP Limited Partnership-Foothills Mall | Wells Fargo Bank | 5068 | Local Depository | Sheila Reese | 1000 Louisiana, 4th Floor, MAC T5002-042 | Houston | TX | 77002 |
| Oakwood Hills Mall Ltd | Wells Fargo Bank | 3407 | Local Depository | Sheila Reese | 1000 Louisiana, 4th Floor, MAC T5002-042 | Houston | TX | 77002 |
| Price Development Co LP GTM - Deposit Account | Wells Fargo Bank | 1045 | Local Depository | Sheila Reese | 1000 Louisiana, 4th Floor, MAC T5002-042 | Houston | TX | 77002 |
| Price Development Company Limited Partnership Animas Valley Mall Depository Account | Wells Fargo Bank | 4049 | Local Depository | Sheila Reese | 1000 Louisiana, 4th Floor, MAC T5002-042 | Houston | TX | 77002 |
| Price Financing Partnership LP Red Cliffs Mall Depository | Wells Fargo Bank | 8951 | Local Depository | Sheila Reese | 1000 Louisiana, 4th Floor, MAC T5002-042 | Houston | TX | 77002 |
| Rochester Mall LLC | Wells Fargo Bank | 3953 | Local Depository | Sheila Reese | 1000 Louisiana, 4th Floor, MAC T5002-042 | Houston | TX | 77002 |
| GGP/Homart, Inc | Zions Bank | 5807 | Gift Certificate | Lorna Hoffman | 3925 Wall Avenue | Ogden | UT | 84405 |
| GGP/Homart, Inc | Zions Bank | 2011 | Local Depository | Lorna Hoffman | 3925 Wall Avenue | Ogden | UT | 84405 |

The Debtors' servicers may maintain various escrow accounts (or ledger accounts) on behalf of the Debtors for completion of certain tax and repair obligations. These accounts or ledger accounts are not reflected on this Exhibit.

